|   |   |
|---|---|
| 1 | ANDRÉ BIROTTE JR. |
| 2 | United States Attorney |
|   | LEON W. WEIDMAN |
| 3 | Assistant United States Attorney |
|   | Chief, Civil Division |
| 4 | DENNIS J. HANNA, CSBN 184475 |
| 5 | Special Assistant United States Attorney |

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DENNIS J. HANNA, CSBN 184475
Special Assistant United States Attorney
    Social Security Administration
    333 Market St., Suite 1500
    San Francisco, CA  94105
    Telephone:  (415) 977-8962
    Facsimile:  (415) 744-0134
    Email:  Dennis.Hanna@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| ANTHONY MARTINEZ, | ) | No. CV 11-02854 RNB |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | [PROPOSED] |
|  | ) | **JUDGMENT OF REMAND** |
| v. | ) |  |
|  | ) |  |
| MICHAEL J. ASTRUE, | ) |  |
| Commissioner of Social Security, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: 10/31/2011

HON. ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE